## <u>DECLARATION OF KAREN H. SHELTON</u>

I, Karen H. Shelton, hereby declare as follows:

I am an Assistant United States Attorney in the Civil Division, within the district of New Jersey. I have served in this capacity for approximately 3 years. As part of my duties I have been assigned primary responsibility for the defense of the government in <u>Lomando v. United States</u>, 08-4177 (FLW). I attended depositions in the matter and I am personally familiar with the files and records created in the course of litigation of the case. If called to testify, I could and would testify truthfully as follows:

Attached hereto are true and correct copies from relevant portions of the deposition testimony given in this case by Zaven Ayanian, M.D., Diana Lynn Helmer, M.D., and Timothy Sullivan, M.D.

I declare that the foregoing is true under penalty of perjury, pursuant to 28 U.S.C. § 1746. Signed by me this 22ᴬᴰ day of June, 2010, in Trenton, NJ.

KAREN H. SHELTON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
DOCKET NO. 3:08-CV-04177-FLW-TJB

-     -     -

INES LOMANDO, as Administratrix :
Ad Prosequendum of the Estate    :
of LAURA LOMANDO, deceased       :
                                 :
        Plaintiff(s),            :
                                 :
            v.                   :
                                 :
THE UNITED STATES OF AMERICA,    :
STEPHANIE REYNOLDS, M.D., TREVOR:
TALBERT, M.D., DAVID HYPPOLITE,  :
M.D., PARKER FAMILY HEALTH       :
CENTER, RIVERVIEW MEDICAL        :
CENTER, EMERGENCY PHYSICIAN      :
ASSOCIATES NORTH JERSEY, P.C.,   :
JOHN DOE #1 through #5, MARY MOE:
#1 through #5 (fictitious names :
representing unknown physicians,:
nurses, technicians, medical     :
groups, medical facilities,      :
and/or other medical providers   :
who participated in the medical  :
care of the plaintiff), jointly,:
severally and in the alternative:
                                 :
        Defendants.              :



-     --     -

DEPOSITION UNDER ORAL EXAMINATION OF
DIANA L. HELMER, M.D.
Camden, New Jersey
July 10, 2009

-     --     -

REPORTED BY:  DARLENE LOWRANCE, CSR, RPR

-     -     -

MAGNA LEGAL SERVICES
Seven Penn Center
1635 Market Street
8th Floor
Philadelphia, Pennsylvania 19103
(866) 624-6221

```
 1                        -   -   -

 2                   Transcript of the deposition

 3   of DIANA L. HELMER, M.D., called for Oral

 4   Examination in the above-captioned

 5   matter, said deposition taken pursuant to

 6   Superior Court Rules of Practice and

 7   Procedure by and before DARLENE LOWRANCE,

 8   a Registered Certified Shorthand Reporter

 9   and Registered Professional Reporter for

10   the State of New Jersey, at the U.S.

11   Attorney's Office, 401 Market Street, 4th

12   Floor, commencing at 10:00 a.m.

13

14                        -   -   -

15

16

17

18

19

20

21

22

23

24
```

```
 1    APPEARANCES:
 2
             AMABILE & ERMAN, P.C.
 3           BY:  ANTHONY A. LENZA, JR., ESQ.
             1000 South Avenue
 4           Second Floor
             Staten Island, NY 10314
 5           (718) 370-7030
             Counsel for the Plaintiff(s)
 6
 7           OFFICE OF THE US ATTORNEY
             BY:  KAREN SHELTON, ESQ.
 8           402 East State Street
             4th Floor
 9           Trenton, NJ 08608
             (609) 989-0562
10           Counsel for the Defendant
             Diana L. Helmer, M.D.
11
12           MARTIN J. McGREEVY, LLC
             BY:  TERESA K. GIERLA, ESQ.
13           One Industrial Way West
             West Ridge Building A
14           Eatontown, NJ 07724
             (732) 542-0084
15           Counsel for the Defendant
             David Hyppolite, M.D.
16
17           BUCKLEY & THEROUX, LLC
             BY:  SHANNON B. ADAMSON, ESQ.
18           932 State Road
             Princeton, NJ  08540
19           (609) 924-9099
             Counsel for the Defendant
20           Stephanie Reynolds, M.D.; Trevor
             Talbert and Emergency Physician
21           Associates North Jersey, P.C.
22                        -    --   -
23
24
```

```
 1    APPEARANCES (Continued):
 2
 3         ORLOVSKY, MOODY, SCHAAFF &
           GABRYSIAK
 4         BY:  JAMES H. MOODY, ESQ.
           Monmouth Park Corporate Center
 5         187 Highway 36
           West Long Branch, NJ 07764
 6         (732) 222-6200
           Counsel for the Defendant
 7         Parker Family Health Center
 8
           RONAN, TUZZIO & GIANNONE
 9         BY:  HENRY P. BUTEHORN, ESQ.
           One Hovchild Plaza 4000
10         Route 66
           Tinton Falls, NJ 07753
11         (732) 922-3300
           Counsel for the Defendant
12         Riverview Medical Center
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                   -    -  .  -
 2               DIANA L. HELMER, M.D., after
 3          having been duly sworn, was
 4          examined and testified as follows:
 5                   -    -    -
 6               EXAMINATION
 7                   -    -    -
 8  BY MR. LENZA:
 9          Q.    Good morning, Dr. Helmer.
10  My name is Anthony Lenza.  I represent
11  the plaintiff in this matter.
12               How are you this morning?
13          A.    I'm fine.  Thanks.
14          Q.    Have you ever had your
15  deposition taken before?
16          A.    Yes.
17          Q.    I am going to ask that you
18  follow my general ground rules.  First,
19  because the court reporter is taking down
20  everything that we say, all of your
21  answers need to be verbal so the court
22  reporter can take your answers down.
23               She can't take down nods of
24  the head or gestures of the hand.  Do you
```

1   U.S. attorney's office?

2            MS. SHELTON:  In Trenton,

3        New Jersey.

4            MR. LENZA:  In Trenton,

5        New Jersey.  Which is what

6        address?

7            MS. SHELTON:  402 East State

8        Street in Trenton, 08608.

9   BY MR. LENZA:

10       Q.   Doctor, are you licensed to

11   practice medicine in the State of

12   New Jersey?

13       A.    Yes, I am.

14       Q.    When were you so licensed?

15       A.    I don't quite remember.  In

16   the early '80s.

17       Q.    Where did you attend medical

18   school?

19       A.    Robert Wood Johnson Medical

20   School.  It was Rutgers at the time.

21       Q.    Doctor, can you give me a

22   brief history of your medical training

23   after graduating from medical school?

24       A.    Certainly.  I did my

1    residency at Hahnemann University

2    Hospital in Philadelphia between 1982 and

3    1985.   I was board certified in 1985.   I

4    practiced in private practice, general

5    internal medicine, for about nine years.

6              I then went back to an

7    academic setting where I did both

8    clinical practice teaching and some

9    progressive administrative

10   responsibility.

11             I spent a brief period

12   working for an insurance company and then

13   I became chief medical officer, vice

14   president of medical affairs for Shore

15   Memorial Hospital.

16             And then I started a

17   consulting practice in which I have spent

18   a good part of the time and also in the

19   office seeing patients in free clinics,

20   both at Parker Family Health Center and

21   Riverview Medical Center.

22        Q.    Doctor, what field are you

23   board certified in?

24        A.    Internal medicine.

1      Q.    When did you begin the DRD

2   Consulting?

3      A.    In -- I believe at the end

4   of 2004 or early 2005.

5      Q.    Are you an owner of DRD

6   Consulting?

7      A.    Yes.

8      Q.    What does DRD Consulting do?

9      A.    We focus on leadership,

10  strategic planning and quality, and we do

11  some additional work in patient safety.

12     Q.    Is the consulting work for

13  DRD Consulting based on the medical

14  profession?

15     A.    Not entirely, no.

16           I'm sorry.  I should

17  rephrase that.  I work in healthcare, but

18  also in non-healthcare.

19     Q.    At some point in time, you

20  began volunteering your time at the

21  Parker Clinic?

22     A.    That's correct.

23     Q.    What year did you begin

24  volunteering?

```
 1                    CERTIFICATE

 2

 3

 4          I HEREBY CERTIFY that the

 5   witness was duly sworn by me and that the

 6   deposition is a true record of the

 7   testimony given by the witness.

 8

 9

10

            Darlene Lowrance, a
11          Federally-Approved Registered
            Professional Reporter, Certified
12          Shorthand Reporter,
            Notary Public of the Commonwealth
13          Of Pennsylvania
            Dated:  July 24, 2009

14

15

16

17

18

19          (The foregoing certification

20   of this transcript does not apply to any

21   reproduction of the same by any means,

22   unless under the direct control and/or

23   supervision of the certifying reporter.)

24
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

— — —

INES LOMANDO, as                : CIVIL ACTION
Administratrix Ad               :
Prosequendum of the             :
Estate of LAURA LOMANDO,        :
deceased,                       : NO.
                                : 3:08-CV-
          v.                    : 04177-FLW-
                                : TJB
THE UNITED STATES OF            :
AMERICA,                        :
STEPHANIE REYNOLDS, M.D.,       :
TREVOR TALBERT, M.D.,           :
DAVID HYPPOLITE, M.D.,          :
PARKER FAMILY HEALTH            :
CENTER, RIVERVIEW MEDICAL       :
CENTER, EMERGENCY               :
PHYSICIAN ASSOCIATES            :
NORTH JERSEY, PC,               :
JOHN DOE #1 through #5,         :
MARY MOE #1 through #5          :
(fictitious names              :
representing unknown            :
physicians, nurses,             :
technicians, medical            :
groups, medical                 :
facilities and/or other         :
medical providers who           :
participated in the             :
medical care of the             :
plaintiff)m, jointly,           :
severally and in the            :
alternative.                    :


— — —


August 28, 2009


— — —


(Caption Continued)

```
 1                    Oral deposition of

 2   DR. TIMOTHY SULLIVAN, taken pursuant to

 3   notice, was held at the law offices of

 4   Martin J. McGreevy, One Industrial Way

 5   West, West Ridge Building A, Eatontown,

 6   New Jersey 07724, beginning at

 7   10:05 a.m., on the above date, before

 8   Beth Ann Sauro, a Professional Shorthand

 9   Reporter and Notary Public in and for the

10   State of New Jersey.

11

12

13

14

15

16

17

18

19

20                    -   -   -

21

22            MAGNA LEGAL SERVICES

              Seven Penn Center

23            1635 Market Street

                  8th Floor

24        Philadelphia, Pennsylvania 19103
```

```
 1   APPEARANCES:
 2
 3           AMABILE & ERMAN, PC
             BY:  ANTHONY A. LENZA, JR.,
 4           ESQUIRE
             1000 South Avenue
 5           Second Floor
             Staten Island, NY 10314
 6           (718)370-7030
             Representing the Plaintiff
 7
 8           BUCKLEY & THEROUX, LLC
             BY:  BRIAN L. BURLEW, ESQUIRE
 9           932 State Road
             Princeton, NJ 08540
10           (609) 924-9099
             Representing Dr. Stephanie
11           Reynolds and Dr. Trevor Talbert
12
13           MARTIN J. McGREEVY, LLC
             BY:  TERESA K. GIERLA, ESQUIRE
14           One Industrial Way West
             West Ridge Building A
15           Eatontown, NJ 07724
             (732)542-0084
16           Representing Dr. David Hyppolite
17
18           ORLOVSKY, MOODY, SCHAAFF &
             GABRYSIAK
19           BY:  JAMES H. MOODY, ESQUIRE
             Monmouth Park Corporate Center
20           187 Highway 36
             West Long Branch, NJ 07764
21           (732)222-6200
             Representing the Parker Clinic
22
23
24
```

```
 1    APPEARANCES (cont.'d):

 2

 3          RONAN, TUZZIO & GIANNONE

            BY:   HENRY P. BUTEHORN, ESQUIRE

 4          One Hovchild Plaza

            4000 Route 66

 5          Tinton Falls, NJ 07753

            (732)922-300

 6          Representing Riverview Medical

            Center

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
                          -   -   -

24
```

```
 1                    (It is hereby stipulated and

 2          agreed by and among counsel that

 3          signing, sealing, filing and

 4          certification are waived; and that

 5          all objections, except as to the

 6          form of the question, will be

 7          reserved until the time of trial.)

 8                    -   -   -

 9                    (Prior to the start of the

10          deposition, Exhibit Sullivan-1 was

11          marked for identification.)

12                    -   -   -

13                    DR. TIMOTHY SULLIVAN, after

14          having been duly sworn, was

15          examined and testified as follows:

16                    -   -   -

17               DIRECT EXAMINATION

18                    -   -   -

19    BY MR. LENZA:

20          Q.    Sir, can I have your name

21    for the record?

22          A.    Sure.  Timothy Patrick

23    Sullivan.

24          Q.    And an address?  You can use
```

1          A.     Yes.

2          Q.     Second, if for any reason

3    you don't understand my question, please

4    let me know and I will rephrase it.   If

5    you answer my question, I'll assume that

6    you understood it.

7                 Is that okay?

8          A.     Yes.

9          Q.     And you are under oath to

10   tell the truth.

11                Do you understand that?

12         A.     Yes.

13         Q.     Sir, are you a licensed

14   physician in the state of New Jersey?

15         A.     Yes, I am.

16         Q.     When were you so licensed?

17         A.     Initial license was 1977 and

18   continuous since then.

19         Q.     And sir, can you give me a

20   brief summary of your medical training

21   and experience?

22         A.     Sure.   Undergraduate

23   training was at St. Peter's College in

24   Jersey City.   I received my medical

1   degree from George Washington University

2   in Washington D.C.

3           My first year of surgical

4   residency was at George Washington

5   University Hospital.  My residency for

6   otolaryngology was at the Washington

7   Hospital Center.  In the '70s that was an

8   independent program that has since been

9   absorbed into the Georgetown program.

10          Q.    And sir, are you board

11  certified in any field?

12          A.    I'm board certified in

13  otolaryngology.

14          Q.    What year were you

15  certified?

16          A.    1977.

17          Q.    Did you have to become

18  recertified at any point?

19          A.    No.  I am technically

20  grandfathered and the Board requires

21  50 hours of continuing education credits

22  per year which is identical to what the

23  State of New Jersey requires for

24  maintaining a license.

1          Q.    And for the year 2006 were

2     you up to date with all of your

3     requirements for board certification?

4          A.    Yes.

5          Q.    And sir, currently, do you

6     have a private office where you practice

7     otolaryngology?

8          A.    No.

9          Q.    I ask that you let me finish

10    my question and slow down a second.   It

11    makes it easier for the court reporter.

12              Do you currently practice

13    medicine?

14         A.    No.

15         Q.    When was the last time you

16    practiced?

17         A.    I'm sorry.  Let me correct

18    that.  I volunteer.  I don't have an

19    active medical office.  I volunteer my

20    services at the Parker Clinic one day a

21    month.

22              My current occupation is as

23    medical director for Horizon Blue

24    Cross/Blue Shield in Newark.

```
 1                    CERTIFICATE

 2

 3

 4          I HEREBY CERTIFY that the
     witness was duly sworn by me and that the
 5   deposition is a true record of the
     testimony given by the witness.

 6

            It was requested before
 7   completion of the deposition that the
     witness, DR. TIMOTHY SULLIVAN, have the
 8   opportunity to read and sign the
     deposition transcript.

 9

10

     _____
11   Beth Ann Sauro, a
     Professional Shorthand Reporter
12   and Notary Public in and for the
     State of New Jersey
13   Dated:  September 1, 2009

14

15

16

17

18          (The foregoing certification
19   of this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)

23

24
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- -- --

```
INES LOMANDO, as             : CIVIL ACTION
Administratrix Ad            :
Prosequendum of the Estate   :
of LAURA LOMANDO, deceased,  :
                             : NO.
            Plaintiff(s)      : 3:08-CV-
                             : 04177-FLW-
         v.                   : TJB
                             :
THE UNITED STATES OF         :
AMERICA, STEPHANIE           :
REYNOLDS, M.D., TREVOR       :
TALBERT, M.D., DAVID         :
HYPPOLITE, M.D., PARKER      :
FAMILY HEALTH CENTER,        :
RIVERVIEW MEDICAL CENTER,    :
EMERGENCY PHYSICIAN          :
ASSOCIATES NORTH JERSEY,     :
PC, JOHN DOE #1 through #5,  :
MARY MOE #1 through #5       :
(fictitious names           :
representing unknown        :
physicians, nurses,         :
technicians, medical        :
groups, medical facilities  :
and/or other medical        :
providers who participated  :
in the medical care of the  :
plaintiff)m, jointly,       :
severally and in the        :
alternative,                :
                             :
            Defendant(s)      :
```

- -- --

June 19, 2009

- -- --

(Continued)

## Page 2

```
 1              Oral deposition of DR. ZAVEN
 2    AYANIAN, taken pursuant to notice, was
 3    held at the law offices of Ronan, Tuzzio
 4    & Giannone, One Hovchild Plaza, 4000
 5    Route 66, Tinton Falls, New Jersey 07753,
 6    beginning at 10:10 a.m., on the above
 7    date, before Beth Ann Sauro, a
 8    Professional Shorthand Reporter and
 9    Notary Public in and for the State of
10    New Jersey.
11
12
13
14
15
16
17
18
19              - - -
20
21         MAGNA LEGAL SERVICES
              Seven Penn Center
22            1635 Market Street
                 8th Floor
23       Philadelphia, Pennsylvania 19103
              (866) 624-6221
```

## Page 3

```
 1    APPEARANCES:
 2
 3    AMABILE & ERMAN, PC
      BY:  ANTHONY A. LENZA, JR.,
 4    ESQUIRE
      1000 South Avenue
 5    Second Floor
      Staten Island, NY 10314
 6    (718)370-7030
      Representing Laura Lomando
 7
 8    US ATTORNEY'S OFFICE
      BY:  KAREN SHELTON, ESQUIRE
 9    402 East State Street
      4th Floor
10    Trenton, NJ 08608
      (609)989-0562
11    Representing the Defendant
12
      MARTIN J. McGREEVY, LLC
13    BY:  TERESA K. GIERLA, ESQUIRE
      One Industrial Way West
14    West Ridge Building A
      Eatontown, NJ 07724
15    (732)542-0084
      Representing Dr. David Hyppolite
16
17    BUCKLEY & THEROUX, LLC
      BY:  SHANNON B. ADAMSON, ESQUIRE
18    932 State Road
      Princeton, NJ 08540
19    (609)924-9099
      Representing Dr. Stephanie
20    Reynolds, Dr. Trevor Talbert and
      Emergency Physician Associates
21    North Jersey, PC
22
23
24
```

## Page 4

```
 1    APPEARANCES (cont.'d):
 2
 3       ORLOVSKY, MOODY, SCHAAFF &
         GABRYSIAK
 4       BY:  JAMES H. MOODY, ESQUIRE
         Monmouth Park Corporate Center
 5       187 Highway 36
         West Long Branch, NJ 07764
 6       (732)222-6200
         Representing Parker Family Health
 7       Center
 8
         RONAN, TUZZIO & GIANNONE
 9       BY:  TIL J. DALLAVALLE, ESQUIRE
         One Hovchild Plaza
10       4000 Route 66
         Tinton Falls, NJ 07753
11       (732)922-3300
         Representing Riverview Medical
12       Center
13
14
15
16
17
18
19
20
21
22
23
              - - -
24
```

## Page 5

```
 1              - - -
 2           I N D E X
 3              - - -
 4    Testimony of:  DR. ZAVEN AYANIAN
 5
 6    By Mr. Lenza              7
 7
 8
 9              - - -
         E X H I B I T S
10              - - -
11
12    NO.      DESCRIPTION      PAGE
13    P-1      Parker Clinic Medical     7
             Records of Laura Lomando
14
15
16
17
18
19
20
21
22
23
24
```

---

Page 6

1                - - -
2        DEPOSITION SUPPORT INDEX
3                - - -
4
5    Direction to Witness Not to Answer
6    Page Line      Page Line      Page Line
7    None
8
9
10   Request for Production of Documents
11   Page Line      Page Line      Page Line
12   None
13
14
15   Stipulations
16   Page Line      Page Line      Page Line
17   None
18
19
20   Question Marked
21   Page Line      Page Line      Page Line
22   None
23
4

---

Page 7

1          (It is hereby stipulated and
2       agreed by and among counsel that
3       signing, sealing, filing and
4       certification are waived; and that
5       all objections, except as to the
6       form of the question, will be
7       reserved until the time of trial.)
8               - - -
9          (Whereupon, prior to the
10      start of the deposition Exhibit
11      P-1 was marked for
12      identification.)
13
14         DR. ZAVEN AYANIAN, after
15      having been duly sworn, was
16      examined and testified as follows:
17               - - -
18         DIRECT EXAMINATION
19               - - -
20      Q.   Good morning, Doctor.
21      A.   Good morning.
22      Q.   Doctor, would you state your
23      name for the record?
24      A.   Zaven Ayanian, A-Y-A-N-I-A-N

---

Page 8

1    Z-A-V-E-N, middle initial S.
2       Q.   And your address, Doctor?
3    It could be your business address or
4    something else.
5          MS. SHELTON:  I'm going to
6       ask that you use the US Attorneys
7       Office's address which is 402 East
8       State Street, 4th Floor, Trenton,
9       New Jersey 08608.
10   BY MR. LENZA:
11      Q.   Good morning, Doctor.  My
12   name is Anthony Lenza.  I represent the
13   plaintiff in this matter.
14          How are you this morning?
15      A.   I'm sorry?
16      Q.   How are you this morning?
17      A.   I'm fine, thank you.
18      Q.   Have you ever had your
19   deposition taken before?
20      A.   Once.
21      Q.   Was that in a setting of a
22   mal-practice case?
23      A.   Yes.
24      Q.   And how long ago was that?

---

Page 9

1       A.   I don't remember, but it was
2    maybe 25 years, 30 years ago.  Maybe more
3    like 25.  25 years ago.
4       Q.   Doctor, I'm going to give
5    you some ground rules.  I ask that you
6    follow them.
7          First, because the court
8    reporter is taking down everything we
9    say, all of your answers have to be
10   verbal.  She can't take down gestures of
11   the hands or nods of the head.
12          Do you understand that?
13      A.   I understand.
14      Q.   Second, if for any reason
15   you don't understand my question, please
16   let me know.  If you answer my question,
17   I'll assume that you understood it.
18          And is that okay?
19      A.   Yes.
20      Q.   Please keep up your voice up
21   as to let all the attorneys hear your
22   answers so that we don't have to do read
23   backs with the court reporter.
24          Is that okay?

Page 10

1     A.   Yes.
2     Q.   Doctor, are you a physician
3 licensed to practice medicine in the
4 state of New Jersey?
5     A.   I am.
6     Q.   Doctor, when were you so
7 licensed?
8     A.   1963.
9     Q.   Can you give me a brief
10 summary of your educational background
11 and medical training?
12     A.   I graduated from Syracuse
13 University with a BA.  I was in the
14 service after that during the Korean War,
15 and then went to medical school after
16 that at the State University of New York,
17 Syracuse.  I graduated in 1959.
18     Q.   Did you perform any
19 residencies?
20     A.   I did.
21     Q.   Where was that?
22     A.   At the Guthrie Clinic,
23 Packer -- Robert Packer Hospital in
4 Sayre, Pennsylvania.

Page 11

1          I did a rotating internship
2 for one year and then followed that with
3 three years of residency in internal
4 medicine.
5     Q.   Are you board certified in
6 any field?
7     A.   I am, internal medicine.
8     Q.   When did you first become
9 board certified in internal medicine?
10     A.   1976.
11     Q.   Did you ever have to take
12 that test again?
13     A.   No.
14     Q.   Are you grandfathered in so
15 to speak?
16     A.   No, I took the test.
17     Q.   Are you currently certified?
18     A.   I am.
19     Q.   You've been board certified
20 in internal medicine since 1976?
1     A.   Yes.
22     Q.   After obtaining your license
23 to practice medicine, what did you do
24 next professionally?

Page 12

1     A.   I joined a small group,
2 mixed group, in Matawan, New Jersey.
3     Q.   Did you practice internal
4 medicine?
5     A.   I did, yes.
6     Q.   Have you practiced in any
7 other field of medicine besides internal
8 medicine?
9     A.   No.
10     Q.   Can you, Doctor, tell me the
11 locations where you have practiced
12 medicine since that first office in
13 Matawan, New Jersey?
14     A.   The only other location is
15 at the Parker Clinic in Red Bank.
16     Q.   Do you still practice in
17 Matawan?
18     A.   I do not.
19     Q.   When was the last time you
20 practiced at that office?
21     A.   1998.
22     Q.   Would it be fair to say that
23 when you practiced at that office in
24 Matawan, New Jersey, that was your

Page 13

1 full-time employment position?
2     A.   Yes.
3     Q.   When did you start seeing
4 patients at the Parker Clinic?
5     A.   I don't remember exactly.
6 However, I think it was in 1999 or
7 possibly 2000, early 2000.  Sometime
8 around that time.
9     Q.   And would I be accurate in
10 saying, Doctor, that you retired from
11 your full-time position at the Matawan
12 office?
13     A.   Yes.  Matawan Medical
14 Associates was the name of that practice.
15     Q.   And whether it was 1999 or
16 the year 2000, how did it come about that
17 you started seeing patients at the Parker
18 Clinic?
19     A.   Well, that was in the early
20 days of the clinic.  They were looking
21 for physicians and my name had been
22 brought up or suggested.  And I went down
23 and met with Mary Nicosia.  She was the
24 nurse practitioner, the administrator, of

Page 14

1 the clinic. And we decided that I would
2 put some time in there as a volunteer.
3   **Q.   When you began volunteering**
4 **your time at the Parker Clinic, how many**
5 **hours a week did that entail?**
6   A.   I usually worked, like,
7 maybe five hours or six hours when I
8 worked. It could be weekly or it could
9 be every other week.
10   **Q.   Has that same frequency of**
11 **time at the Parker Clinic been the same**
12 **since when you first began?**
13   A.   Yes.
14   **Q.   And currently, do you still**
15 **see patients at the Parker Clinic?**
16   A.   I do.
17   **Q.   Now, what is your**
18 **understanding of what the Parker Clinic**
19 **is?**
20   A.   It's a clinic designed to
21 serve uninsured, medically uninsured,
22 patients. We see them free of charge.
23 We provide their prescriptions for them
4 free of charge, except for a $10 co-pay.

Page 15

1 And we do no billing to any governmental
2 or insurance facility.
3   **Q.   When you say that you**
4 **volunteer your time, do you receive any**
5 **compensation in any form from the Parker**
6 **Clinic?**
7   A.   I do not.
8   **Q.   When you see patients at the**
9 **Parker Clinic, do you still have a**
10 **physician-patient relationship with them?**
11   A.   I do.
12   **Q.   How would it come about that**
13 **you would see patients at the Parker**
14 **Clinic? Meaning are they by appointment**
15 **or just the day that you're sitting**
16 **there?**
17   A.   Both.
18     MS. SHELTON: Objection to
19   the form. Would you rephrase it,
20   please?
1 BY MR. LENZA:
22   **Q.   Doctor, when you see**
23 **patients at the Parker Clinic, do you see**
24 **patients by appointment?**

Page 16

1   A.   I do.
2   **Q.   And do you also see patients**
3 **just as walk-in patients?**
4   A.   I do.
5   **Q.   What would be the**
6 **circumstances where you would see a**
7 **patient by appointment?**
8   A.   We have a system there to
9 attempt to produce a continuous
10 relationship with the same physician
11 whenever possible so that the patient has
12 continuity.
13     The other patients that we
14 see without appointments are usually
15 patients who walk in and they are triaged
16 by a nurse, or a nurse practitioner. And
17 then they are assigned to whichever
18 physician is available at that time for
19 more definitive care.
20   **Q.   Doctor, hypothetically, if**
21 **you saw a patient and you directed her to**
22 **have a follow-up visit at the Parker**
23 **Clinic, would that be a situation that**
24 **you may have an appointment for the**

Page 17

1 patient?
2   A.   Yes and no. It depends on
3 when I felt the patient should be seen
4 for a follow-up visit.
5     If I felt the patient should
6 be seen more quickly than I could see the
7 patient -- in other words, if I thought
8 the patient should come back in four or
9 five days and I'm not going to be there
10 for a week, then I would tell them to
11 come in in four or five days and see
12 another physician.
13     If at all possible I would
14 make an effort to have them see me at the
15 next time I was going to be in the
16 clinic.
17   **Q.   Doctor, did you review any**
18 **records in preparation of your testimony**
19 **today?**
20   A.   Yes, I did.
21   **Q.   What records did you review?**
22   A.   I reviewed the records that
23 I have here, which I presume are photo
24 copies of the record that's been entered

Page 82

1    THE WITNESS: It could.
2  BY MR. LENZA:
3    **Q.   Did you take any steps at**
4  **that point on August 23, 2006, to rule**
5  **out the possibility of lymphoma?**
6    MR. MOODY: Objection to the
7  form.
8    THE WITNESS: I answered
9  this question a couple times
10  earlier.
11    You do that with a biopsy.
12  There's no other test.
13  BY MR. LENZA:
14    **Q.   I apologize, Doctor.  I**
15  **think you did.**
16    **Thank you for your time,**
17  **Doctor.**
18    A.   Thank you.
19    MS. SHELTON: We're done
20  here?
21    MR. MOODY: We're all done.
22
23    (Witness excused.)

Page 83

1    (Deposition concluded at
2  approximately 11:29 a.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
22
23
24

Page 84

1    CERTIFICATE
2
3
4    I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
5  deposition is a true record of the
   testimony given by the witness.
6
   It was requested before
7  completion of the deposition that the
   witness, DR. ZAVEN AYANIAN, have the
8  opportunity to read and sign the
   deposition transcript.
9
10
11    Beth Ann Sauro, a
   Professional Shorthand Reporter
12  and Notary Public in and for the
   State of New Jersey.
13  Dated: June 22, 2009
14
15
16
17
18    (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 85

## INSTRUCTIONS TO WITNESS

1
2
3    Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8    After doing so, please sign
9  the errata sheet and date it.
10    You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14    It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within 30 (30) days of
17  receipt of the deposition transcript by
18  you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24